UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **19-22843-CIV-MORENO**

MICHAEL WASHINGTON,

      Plaintiff,

vs.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

      Defendant.

_____/

**FINAL ORDER OF DISMISSAL AND
ORDER DENYING ALL PENDING MOTIONS AS MOOT**

THIS CAUSE came before the Court upon Plaintiff's Notice of Dismissal with Prejudice (**D.E. 5**), filed on **August 2, 2019**. It is

ADJUDGED that in light of the parties settling this action, this case is **DISMISSED** with prejudice in accordance with the settlement agreement. The Court shall retain jurisdiction for six months to enforce the terms of the settlement agreement. It is also

ADJUDGED that all pending motions are **DENIED** as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this ____ of August 2019.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record